# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| KIRSTEN CURLEY, individually and on behalf of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> VEROGEN, INC., <br><br> Defendant. | Case No. 24-cv-9508 <br><br> Hon. Edmond E. Chang |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Verogen, Inc. ("Verogen"), by its counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, hereby moves for an extension of time to answer or otherwise respond to Plaintiff's Complaint through and including November 5, 2024. In support thereof, Defendant states as follows:

1. On August 30, 2024, Plaintiff Kirsten Curley filed a class action complaint in the Circuit Court of Cook County, No. 2024-CH-08282.

2. Defendant Verogen was served with a copy of the summons and Complaint on September 4, 2024.

3. On October 4, 2024, Defendant timely removed the case to this Court on the bases of diversity jurisdiction and CAFA. *See* ECF No. 1.

4. Defendant's responsive pleading is currently due on October 11, 2024.

5. Defendant requests an extension of time, up to and including November 5, 2024, to answer or responsively plead to Plaintiff's Complaint and to provide Defendant's counsel adequate

2

time to continue their investigation into Plaintiff's claims and prepare the appropriate responsive pleading.

6. On October 2, 2024, the parties conferred via email regarding this case and the instant request and Plaintiff's counsel does not oppose the relief sought herein.

7. This motion is brought in good faith and not for purpose of undue delay. This is Defendant's first request for an extension of time to answer or respond to Plaintiffs' Complaint. Granting the motion will not prejudice either party.

WHEREFORE, Defendant Verogen, Inc. respectfully requests the Court grant its Motion for an Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and enter an Order reflecting that Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before November 5, 2024, and order all further relief as is reasonable and just.

DATED: October 7, 2024                                     Respectfully submitted,


By: */s/ Paul Yovanic, Jr.*
One of Its Attorneys

Kristine R. Argentine
kargentine@seyfarth.com
Paul J. Yovanic Jr.
pyovanic@seyfarth.com
Claire C. Kossmann
ckossmann@seyfarth.com

SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

314116212v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 7, 2024, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF system, and that a true and correct copy of the same was served on the following via electronic mail:

Myles McGuire
David Gerbie
Anrew Heldut
Joseph M. Dunklin
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
mmcguire@mcgpc.com
dgerbie@mcgpc.com
aheldut@mcgpc.com
jdunklin@mcgpc.com

Katrina Carroll
Kyle Shamberg
LYNCH CARPENTER, LLP
111 W. Washington St., Ste. 1240
Chicago, IL 60602
katrina@lcllp.com
kyle@lcllp.com

John M. Jagher
FREED KANNER LONDON & MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
jjagher@fklmlaw.com

                                                  */s/ Paul Yovanic, Jr.*

314116212v.1