**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Kirsten Curley
       Plaintiff,

v.                Case No.: 1:24−cv−09508
                Honorable Edmond E. Chang

Verogen, Inc.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 6, 2024:

  MINUTE entry before the Honorable Edmond E. Chang: The agreed motion to suspend the responsive pleading deadline [12] is granted for now. But in the next status report, which the parties shall file on 12/05/2024, the parties must have definitively decided not only whether they will engage in a mediator, they must also must have picked the mediator if they have decided to do so. Alternatively, if the parties have not satisfied those conditions, then in the status report the parties shall propose a reasonably prompt responsive pleading deadline. The tracking status hearing of 11/15/2024 is reset to 12/13/2024 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.