IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIRSTEN CURLEY, individually and on behalf of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>VEROGEN, INC.,<br><br>Defendant. | Case No.: 1:24-cv-09508<br><br>Hon. Edmond E. Chang |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kirsten Curley hereby dismisses her claims for relief against Defendant Verogen, Inc. without prejudice. The Parties to bear their own costs.

DATED: August 15, 2025

Respectfully Submitted,

*/s/ Jonathan M. Jagher*
Jonathan M. Jagher
FREED KANNER LONDON & MILLEN, LLC
923 Fayette Street
Conshohocken, PA 19428
jjagher@fklmlaw.com
Tel.: (610) 234-6486

Myles McGuire
David L. Gerbie
Andrew Heldut
Joseph M. Dunklin
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
mmcguire@mcgpc.com
dgerbie@mcgpc.com

aheldut@mcgpc.com
jdunklin@mcgpc.com
Tel.: (312) 893-7002

Katrina Carroll
Kyle Shamberg
Carroll Shamberg, LLC
111 W. Washington St., Ste. 1240
Chicago, IL 60602
katrina@csclassactions.com
kyle@csclassactions.com
Tel.: (872) 215-6205

*Counsel for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I, Jonathan M. Jagher, hereby certify that on August 15, 2025, a copy of the foregoing document was filed electronically using the CM/ECF System, which will send notification of such filing to all counsel of record.

/s/*Jonathan M. Jagher*
Jonathan M. Jagher
